**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6769**

———————————

FEDERICO J. HEADLEY,

                                    Plaintiff - Appellant,

        versus

MICHAEL  A.  SHUPE,  Corrections  Institution
Operation Officer of Buckingham Correctional
Center; MAEBELLE HOLMAN-BROWN, Postal Assis-
tant of Buckingham Correctional Center,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-96-936)

———————————

Submitted:  November 6, 1997        Decided:  November 25, 1997

———————————

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Federico J. Headley, Appellant Pro Se.  Mark Ralph Davis, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motion to recuse and motion for a temporary restraining order. We dismiss the appeal for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We also note that to the extent Appellant appeals the denial of his temporary restraining order, it is moot.

2